STEPHEN H. DYE (SBN 104385)
  e-mail: sdye@schnader.com
JEFFREY P. WILSON (SBN 258027)
  e-mail: jwilson@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
650 California Street, 19th Floor
San Francisco, California  94108-2736
Telephone:  (415) 364-6700
Facsimile: (415) 364-6785

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE BERGER,<br><br>                    Plaintiff,<br><br>        vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | **Case No. 2:18-cv-00852**<br><br>**ORDER GRANTING STAY PENDING DETERMINATION OF TRANSFER FOR COORDINATION WITH MULTIDISTRICT LITIGATION** |

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA  94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

ORDER GRANTING STAY, et al.

Before the Court is an ex parte motion of defendant Ford Motor Company to stay proceedings until the Judicial Panel on Multidistrict Litigation (JPML) decides whether to transfer this action to the Central District of California for inclusion in *In re: Ford Motor Co. DPS6 PowerShift Transmission Products Liability Litigation*, MDL No. 2814 (the MDL).

Good cause having been shown, that motion (ECF No. 3) is GRANTED. This case is STAYED pending a final decision by the JPML whether to transfer this case for inclusion in the MDL.  Not later than sixty (60) days following the date this order is electronically filed, and every sixty (60) days thereafter until the case is transferred or the stay is lifted, the parties are directed to file a Joint Status Report advising the Court regarding the status of the JPML's decision as to whether transfer of this action.  All filing deadlines and hearing dates are VACATED.

IT IS SO ORDERED.

Dated:  April 16, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING STAY, et al.